**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHENZHEN OKT LIGHTING CO., LTD,

                Plaintiff,

-against-                            20 **CIVIL** 5062 (ER)

                                                     **<u>JUDGMENT</u>**

JLC-TECH LLC,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, JLC's motion to dismiss is GRANTED, and Shenzhen's cross-motion to amend is DENIED. JLC's letter-motion for oral argument is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      September 28, 2021

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                            **BY:**     *K. Mango*
                                                                 **Deputy Clerk**